**Dismiss and Opinion Filed May 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01299-CV

### KYUNG JA KANG, ET VIR., DAE JOON KANG, Appellants

### V.

### HANGER PROSTHETICS AND ORTHOTICS, INC., A/K/A HANGER ORTHOPEADIC GROUP, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01402**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

By motion filed May 20, 2014, appellants inform us that the parties have settled and request the appeal be dismissed. We grant the motion and dismiss the appeal.

131299F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KYUNG JA KANG, ET VIR., DAE JOON KANG, Appellants

No. 05-13-01299-CV          V.

HANGER PROSTHETICS AND ORTHOTICS, INC., A/K/A HANGER ORTHOPEADIC GROUP, INC., Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-01402.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreements between the parties, we **ORDER** that appellee Hanger Prosthetics and Orthotics, INC., a/k/a Hanger Orthopeadic Group, Inc. recover its costs, if any, of this appeal from appellants Kyung Ja Kang, et vir., Dae Joon Kang.

Judgment entered May 23, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE